UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

MAR 17  5 13 PM '03

RALPH L. DELOACH
CLERK
BY C. Frazey, DEPUTY
AT WICHITA, KS.

ROBERT E. SCANTLIN, )
)
Plaintiff, )
)
vs. ) Civil Action No. 02-1256-JTM
)
KOCH PETROLEUM GROUP, LP, )
)
Defendant. )

## DEFENDANT KOCH PETROLEUM GROUP, LP'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Pursuant to the Court's November 25, 2002, Scheduling Order filed in this case,

Defendant identifies the following witnesses and exhibits:

Witnesses:

Dean Parham
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Mr. Parham can testify regarding Mr. Scantlin's employment with Koch, Mr. Scantlin's complaint of age discrimination and subsequent investigation and follow up.

Steve Gebert
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Mr. Gebert can testify regarding Mr. Scantlin's performance and employment with Koch.

Brad Razook
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Mr. Razook can testify regarding Mr. Scantlin's employment with Koch.

Jeremy Bezdek
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Mr. Bezdek can testify regarding the job duties and role in taking over some of Mr. Scantlin's responsibilities.

Richard Dinkel
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Mr. Dinkel can testify regarding Mr. Scantlin's job duties and performance while employed by Koch.

Richard Godfrey
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Mr. Godfrey can testify regarding Mr. Scantlin's job duties and performance while employed by Koch.

Paige Anaya
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Ms. Anaya can testify regarding Mr. Scantlin's job duties and performance while employed by Koch.

Misty (Thurman) Miller
(last known address)
130 South Greenwich Road
#87
Wichita, KS 67208

Among other matters, Ms. Miller can testify regarding Mr. Scantlin's job duties and performance while employed by Koch.

Brenda Koehring
Flint Hills Resources
P.O. Box 2256
Wichita, KS 67201

Among other matters, Ms. Koehring can testify regarding Mr. Scantlin's employment with Koch.

Frances Engle
(last known address)
7823 Dublin Street
Wichita, KS 67206

Among other matters, Ms. Engle can testify regarding Mr. Scantlin's termination from Koch, Mr. Scantlin's participation in a placement program following his employment with Koch and Mr. Scantlin's complaint of age discrimination and subsequent investigation and follow up.

Robert Scantlin

Among other matters, Mr. Scantlin can testify as to matters raised in his Complaint, First Amended Complaint and his attempts to mitigate his alleged damages.

Any and all witnesses identified by Plaintiff.

Exhibits:

1. 1/13/95 Acknowledgment Guidelines to Just Conduct signed by Scantlin (Scantlin Depo. Ex. 56)

2. 8/1/75 – to date Employment History – Robert E. Scantlin (Engle Depo. Ex. 9)

3. 12/16/97 Koch Industries, Inc. Employment-at-Will Policy (Scantlin Depo. Ex. 55)

4. 9/22/99 Koch Industries, Inc. Non-Discrimination Policy Statement (Engle Depo. Ex. 22)

5. 7/17/00 Gebert notes regarding meeting with Scantlin (Scantlin Depo. Ex. 39)

6. 2000 Performance Feedback and Accomplishments regarding Scantlin (Scantlin Depo. Ex. 37)

7. 2000 Performance Feedback and 360 reviewer feedback regarding Scantlin (Scantlin Depo. Ex. 38)

8. 12/7/00 Koch Industries, Inc. Office of Corporate Compliance – Options for Asking Questions or Raising Concerns (Scantlin Depo. Ex. 48)

9. 1/31/01 – 10/31/01 Age Diversity of Product Marketing Group spreadsheet (Parham Depo. Ex. 33)

10. 5/30/01 E-mail from Scantlin to Dinkel, et al regarding Follow up from this morning's meeting (Scantlin Depo. Ex. 58)

11. 5/31/01 E-mail from Scantlin to Dinkel, et al regarding fuelwatch P&L example.xls (Scantlin Depo. Ex. 57)

12. 6/18/01 Gebert notes regarding monthly feedback discussion with Scantlin (Scantlin Depo. Ex. 40)

13. 7/16/01 Gebert notes re Feedback w/RS (Scantlin Depo. Ex. 41)

14. 8/14/01 Scantlin e-mails re fuelwatch message board (Scantlin Depo. Ex. 61)

15. 8/15/01 KPG 2001 Incentive Compensation Process & Timeline (Parham Depo. Ex. 31)

16. 8/21/01 E-mail from Gebert to Scantlin regarding Review Form and Scantlin 9/7/01 reply (Scantlin Depo. Ex. 42)

17. 9/21/01 Employee Pledge signed by RS re Code of Conduct (Scantlin Depo. Ex. 49)

18. 9/25/01 E-mail from Parham to Anderson, et al regarding Performance Level Setting Worksheet (Parham Depo. Ex. 26)

19. 9/28/01 Koch Petroleum Group – Marketing Group Total Comp Data (Parham Depo. Ex. 35)

20. 10/2/01 Supervisor Performance Review Summary and 360 reviewer feedback including e-mail to Jean Bass re Incentive Compensation – Compliance Matter (Engle Depo. Ex. 4)

21. 10/2/01 Note to File from Gebert regarding Follow-up regarding October 2, 2001 meeting with Bob Scantlin (Scantlin Depo. Ex. 50)

22. 10/22/01 Engle's notes regarding meeting with Scantlin (Engle Depo. Ex. 2)

23. 10/22/01 Engle's notes regarding meeting with Parham regarding Scantlin (Parham Depo. Ex. 34)

24. 10/25/01 Engle's notes regarding meeting with Gebert regarding Scantlin (Engle Depo. Ex. 1)

25. 10/26/01 Engle's notes regarding meeting with Palmer (Engle Depo. Ex. 5)

26. 10/29/01 Engle's notes regarding meeting with Scantlin (Engle Depo. Ex. 6)

27. 10/29/01 Engle's notes regarding meeting with Parham re RS (Engle Depo. Ex. 8)

28. 10/31/01 Engle's notes regarding meeting with Scantlin and Palmer (Engle Depo. Ex. 10)

29. 10/31/01 Typed talking points regarding Scantlin meeting (Engle Depo. Ex. 11)

30. 11/1/01 Memo from Engle to Scantlin regarding Confidential Internal Investigation Response (Engle Depo. Ex. 12)

31. 11/6/01 Scantlin Objectives, Key points, Diary of Events to Engle (Engle Depo. Ex. 13)

32. 11/8/01 Engle's notes regarding conversation with Scantlin (Engle Depo. Ex. 3)

33. 11/12/01 Razook notes re meeting w Scantlin (RES-0179)

34. 11/12/01 E-mail from Godfrey to RS, et al re Forwards P&L (Sept) (Scantlin Depo. Ex. 59)

35. 11/14/01 Memo from Engle to Scantlin re Confidential Internal Investigation Response (Engle Depo. Ex. 15)

36. 11/15/01 Koch Industries, Inc. Non-Discrimination Policy Statement (Engle Depo. Ex. 21)

37. 11/15/01 Koch Industries, Inc. No Retaliation Policy (Engle Depo. Ex. 23)

38. 11/15/01 Mtg request re Discuss Forwards Business financial results thru Sept. (Scantlin Depo. Ex. 47)

39. 11/15/01 Gebert notes re attempted mtg w/RS to review Forwards Business financial results (RES-0175)

40. 11/16/01 Northern Tier Marketing Strategy Development, RR&E & Role Description (RES-0218-19)

41. 11/16/01 Gebert notes regarding meeting with Scantlin (Scantlin Depo. Ex. 44)

42. 11/16/01 Razook notes regarding meeting with Scantlin (Scantlin Depo. Ex. 45)

43. 11/16/01 Engle's notes regarding meeting with Scantlin (Engle Depo. Ex. 16)

44. 11/26/01 Razook notes regarding meeting with Scantlin (RES-0169-70)

45. 11/26/01 E-mail from Scantlin to Engle regarding fuelwatch YTD Summary.xls (Engle Depo. Ex. 17)

46. 11/26/01 Letter from EEOC to Scantlin (Scantlin Depo. Ex. 43)

14. 11/27/01 2000 & 2001 Wholesale Rack Margin spread sheets used by RS for financial summary (Scantlin Depo. Ex. 60)

47. 11/27/01 Razook notes re meeting with Scantlin (RES-0168)

48. 11/28/01 E-mail from Scantlin to Engle regarding Diary of Events (Engle Depo. Ex. 18)

49. 12/1/01 Personnel Action Form regarding Scantlin termination (Engle Depo. Ex. 20)

50. 12/7/01 Letter from Engle to Scantlin (Engle Depo. Ex. 19)

51. 12/10/01 Letter from Scantlin to Parham (RS-0325)

52. 2/25/02 EEOC Questionnaire completed by Scantlin with attachments (Scantlin Depo. Ex. 46)

53. 4/12/02 Letter from EEOC to Scantlin (Scantlin Depo. Ex. 51)

54. 4/15/02 Letter from Scantlin to EEOC (Scantlin Depo. Ex. 52)

55. 5/1/02 EEOC Dismissal and Notice of Rights (RS-0039)

56. 5/2/02 KHRC Letter to Scantlin with Charge (Scantlin Depo. Ex. 53)

57. 5/10/02 Duty to Mitigate signed by Scantlin (RS-0043)

58. 9/20/02 First Amended Complaint (Scantlin Depo. Ex. 54)

59. Paige Anaya supervisor's file (RES-2708-843)

60. Misty (Thurman) Miller supervisor's file (RES-2844-3028)

61. Any and all expert reports from either Plaintiff or Defendant's experts.

62. All deposition exhibits (taken by either Plaintiff or Defendant)

63. Any and all exhibits identified by Plaintiff.

Respectfully submitted,

Kurt A. Level, KS #15757
KOCH INDUSTRIES, INC.
4111 East 37th Street North
P.O. Box 2256
Wichita, KS 67201
(316) 828-8357
Fax: (316) 828-8494

- and -

FOULSTON SIEFKIN LLP
Bank of America Center
100 North Broadway
Suite 700
Wichita, KS 67202
(316) 267-6371
Fax: (316) 267-6345

_____
Kurt A. Level, KS #15757
Mikel L. Stout, KS #05811
Jeff P. DeGraffenreid, KS #15694

ATTORNEYS FOR DEFENDANT
KOCH PETROLEUM GROUP, LP

Dated: March 17, 2003

- 8 -

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Defendant Koch Petroleum Group, LP's Preliminary Witness and Exhibit Lists was served via telecopy followed by U.S. Mail this 17th day of March, 2003, on the following counsel:

L.J. Leatherman, KS #15637
PALMER, LEATHERMAN & WHITE, LLP
627 SW Topeka Boulevard
Suite A
Topeka, KS 66603

Heidi J. Moyer KS #15883
Rik N. Siro, MO #33908
BLUMER NALLY & SIRO, PC
1621 Baltimore Avenue
Kansas City, MO 64108

ATTORNEYS FOR PLAINTIFF
ROBERT E. SCANTLIN

Kurt A. Level, #15757